IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01773-REB-BNB

MAINES PAPER & FOOD SERVICE, INC., a corporation,

Plaintiff,

v.

WILLIAM SAVIER, an individual, and
MEADOWBROOK MEAT COMPANY, INC., d/b/a MBM CORPORATION, a corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order Deadlines** [docket no. 24, filed March 8, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **April 22, 2013**, and the dispositive motion deadline is extended to and including **May 23, 2013**.


DATED:  March 8, 2013